Book et al., Appellants, v. Hall et al.

Argued May 20, 1940. Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN, BARNES and PATTERSON, JJ.

474

476

478

*Mark T. Milnor,* for appellants.

*Paul G. Smith,* for appellees.

Per Curiam, September 30, 1940:

The decree in this case is affirmed on the opinion of the learned chancellor directing it to be entered. Costs to be paid by appellants.